UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO ZEPEDA,<br><br>    Plaintiff,<br><br>    v.<br><br>WALTER N. SCHULD, et al.,<br><br>    Defendants. | Case No. 13-cv-05761-KAW<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE THE FIRST AMENDED COMPLAINT<br><br>Dkt. No. 42 |

On July 3, 2014, the Court dismissed Plaintiff Ricardo Zepeda's first through third causes of action with prejudice because they are barred by the applicable statute of limitations, such that Plaintiff cannot recover for those alleged injuries. (Dkt. No. 41.) Plaintiff was further ordered to amend his fourth through eighth causes of action to specifically identify the facts that support each claim, but he may not include those incidents that occurred between 2006 and 2008 as they are also time-barred. *Id.* Plaintiff was given until August 8, 2014 to file a first amended complaint. *Id.*

On July 22, 2014, Plaintiff filed a motion requesting an additional 45 days to file the amended complaint. (Dkt. No. 42 at 2.) Plaintiff states that he is still searching for an attorney, but has been unsuccessful.

Given that Plaintiff is proceeding *pro se*, the Court GRANTS his motion. Plaintiff's first amended complaint shall be filed on or before **September 22, 2014**.

Should Plaintiff continue to be unsuccessful in hiring an attorney, he may wish to consult a manual the court has adopted to assist pro se litigants in presenting their case. This manual, and other free information for pro se litigants, is available online at: *http://cand.uscourts.gov/proselitigants*. Plaintiff may also wish to contact the Federal Pro Bono Project's Help Desk—a free service for pro se litigants—by calling (415) 782-8982. The Help

1 Desk is staffed by attorneys who can provide Plaintiff with guidance on how to prosecute his case.

2 Plaintiff is reminded that an amended complaint will supersede or replace the original complaint and the original complaint will thereafter be treated as nonexistent. *Armstrong v. Davis*, 275 F.3d 849, 878 n.40 (9th Cir. 2001), abrogated on other grounds by *Johnson v. Cal.*, 543 U.S. 499 (2005).  The first amended complaint must therefore be complete in itself without reference to the prior or superseded pleading, as "[a]ll causes of action alleged in an original complaint which are not alleged in an amended complaint are waived." *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987) (citations omitted).  The first amended complaint should not include the first through third causes of action that were contained in the initial complaint, as those were dismissed with prejudice.

IT IS SO ORDERED.

Dated: July 25, 2014

KANDIS A. WESTMORE
United States Magistrate Judge