UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO ZEPEDA,<br><br>    Plaintiff,<br><br>    v.<br><br>WALTER N. SCHULD, et al.,<br><br>    Defendants. | Case No. 4:13-cv-05761-KAW<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL**<br><br>Re: Dkt. No. 76 |

On April 17, 2017, Plaintiff Ricardo Zepeda filed a motion for appointment of counsel. (Dkt. No. 76.) Plaintiff acknowledges that the appointment of counsel in civil cases is discretionary. *Id.* at 2. In practice, the appointment of counsel is exceedingly rare due to the large number of pro se litigants who qualify as low income.

In light of the foregoing, Plaintiff's request for the appointment of counsel is DENIED. There are, however, other resources available to Plaintiff, including the Federal Pro Bono Project's Help Desk, which is staffed by attorneys and is free to indigent litigants. While these attorneys cannot represent Plaintiff, they can provide assistance to Plaintiff in prosecuting his case. To make an appointment at the Oakland or San Francisco locations, Plaintiff must call (415) 782-8982. (There are no drop-in appointments.)

Plaintiff may also wish to consult a manual the court has adopted to assist pro se litigants in presenting their case. This manual, and other free information for pro se litigants, is available online at: http://cand.uscourts.gov/proselitigants.

IT IS SO ORDERED.

Dated: May 2, 2017

_____
KANDIS A. WESTMORE
United States Magistrate Judge