NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
AMY S. ROTHMAN (State Bar No. 308133)
amy.rothman@mcnamaralaw.com
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
1211 Newell Avenue
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendants
Chief Walter N. Schuld, Brian Bubar

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO ZEPEDA,<br><br>    Plaintiff,<br><br>vs.<br><br>WALTER N. SCHULD, CHIEF OF SAN PABLO POLICE DEPART., BRIAN BUBAR, DIRECTOR, WEST CONTRA COSTA NARCOTICS ENFORCEMENT TEAM, SAN PABLO POLICE, OFFICER BAYSE, WEST CONTRA COSTA NARCOTICS ENFORCEMENT TEAM (WESTNET), SAN PABLO POLICE OFFICER, OFFICER ROCKY, (MEXICAN PONY TAIL), WEST CONTRA COSTA NARCOTICS ENFORCEMENT TEAM (WESTNET), SHAWN PATE, ASST. DIST. ATTY., SPECIAL RESPONSE TEAM (SRT), RICHMOND POLICE DEPT., CHIEF MAGNUS, CHIEF OF RICHMOND POLICE DEPT., AND JOHN DOE 1-50,<br><br>    Defendants. | Case No. C13-5761 KAW<br><br>**DEFENDANTS' JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE AS MODIFIED**<br><br>Judge: Hon. Kandis A. Westmore |

    Defendants, BRIAN BUBAR and WALTER N. SCHULD ("San Pablo Defendants"), as well as Defendants, RICHMOND CHIEF OF POLICE CHRIS MAGNUS and the RICHMOND POLICE DEPARTMENT ("Richmond Defendants), by and through their respective attorneys of

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330

record, hereby stipulate to the following[1]:

1. WHEREAS on May 8, 2017, the Court granted both San Pablo Defendants' and Richmond Defendants' motions to dismiss Plaintiffs second amended complaint ("SAC"), without prejudice. (ECF-84.)
2. WHEREAS in that same Order issued by the Court on May 8, 2017, the Court gave Plaintiff until July 17, 2017 to file his third amended complaint. (ECF-84).
3. WHEREAS there is currently a Case Management Conference set to be heard in this action on May 30, 2017, before Plaintiff's July 17, 2017, deadline to file his third amended complaint.
4. WHEREAS there will likely be little to no action in this case to be discussed at a CMC until after Plaintiff files his third amended complaint.
5. WHEREFORE, there is good cause to continue this Further Case Management Conference in this matter, the Defendants, by and through their respective counsel, respectfully seek an Order from the Court to continue the Further Case Management Conference to Tuesday, July 22, 2017.

IT IS SO STIPULATED

The parties (Defendants) attest that the concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

///

///

---

[1] Since Plaintiff is currently acting in pro se, this is a Defendant only Joint Stipulation and Proposed Order.

Dated: May 17, 2017  MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

By: _____/s/ Rothman, Amy_____
Noah G. Blechman
Amy S. Rothman
Attorneys for Defendants
Chief Walter N. Schuld, Brian Bubar

Dated: May 17, 2017  MOSCONE EMBLIDGE & OTIS LLP

By: _____/s/ Yan, Matthew_____
Matthew K. Yan
Attorney for Defendants
Richmond Police Department and Richmond Police Chief Chris Magnus

## **ORDER**

PURSUANT TO THE DEFENDANTS' STIPULATION, IT IS HEREBY ORDERED AS FOLLOWS:

The Further Case Management Conference set for May 30, 2017, is hereby continued to August 29, 2017 at 1:30 p.m. The parties are to file the further case management conference statement no later than one week prior to this conference.

**IT IS SO ORDERED**

Dated: ___5/23___, 2017

By: _____Kandis Westmore_____
KANDIS A. WESTMORE
US MAGISTRATE JUDGE