NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
AMY S. ROTHMAN (State Bar No. 308133)
amy.rothman@mcnamaralaw.com
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendant
Chief Walter N. Schuld

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO ZEPEDA,<br><br>Plaintiff,<br><br>vs.<br><br>ALLYWN BROWN, RICHMOND POLICE CHIEF, INDIVIDUAL CAPACITY, DETECTIVE TIM GUARD HOMICIDE UNIT, RICHMOND POLICE DEPT, (WESTNET); DETECTIVE DALE HARDLY, DEPUTY SHERIFF CONTRA COSTA DEPT. (WESTNET); JON F. YAMAGUCHI, DA, CONTRA COSTA COUNTY; STEVE BALDWIN DA, CONTRA COSTA COUNTY; WALT SCHULD SAN PABLO POLICE CHIEF, INDIVIDUAL CAPACITY AND JOHN DOE 1-50,<br><br>Defendants. | Case No. C13-5761 KAW<br><br>**DEFENDANTS' JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Kandis A. Westmore |

San Pablo Defendant WALTER N. SCHULD as well as Richmond Defendants, ALLWYN BROWN and TIM GUARD ("Richmond Defendants), by and through their respective attorneys of record, hereby stipulate to the following[1]:

1. WHEREAS the parties have a Further Case Management Conference hearing scheduled to be held on August 29, 2017.

---

[1] Since Plaintiff is currently acting in pro se, this is a Defense only Joint Stipulation and Proposed Order.

DEFENDANTS' JOINT STIPULATION AND ORDER TO
CONTINUE THE CASE MANAGEMENT CONFERENCE,
C13-5761 KAW

2. WHEREAS the above stated Defendants have filed Motions to Dismiss Plaintiff's Third Amended Complaint ("TAC"), motions which are currently pending.

3. WHEREAS the date set for the hearing on Defendants' Motions to Dismiss Plaintiff's TAC is scheduled for September 7, 2017.

4. WHEREAS Defendants' believe the hearing on their respective Motions may dismiss Plaintiff's action in its entirety with prejudice, making the need for any Further Case Management Conference hearing moot.

5. WHEREFORE there is good cause to continue this Further Case Management Conference hearing to a date following the hearing on Defendants' Motions to Dismiss Plaintiff's TAC, the Defendants, by and through their respective counsel, respectfully seek an Order from the Court to continue the Further Case Management Conference to September 21, 2017 at 1:30 p.m., or a later date per the Court's schedule.

IT IS SO STIPULATED

The parties (Defendants) attest that the concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

Dated: August 4, 2017   MCNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP

By: _____/s/ Rothman, Amy_____
Noah G. Blechman
Amy S. Rothman
Attorneys for Defendants
Chief Walter N. Schuld

Dated: August 4, 2017   MOSCONE EMBLIDGE & OTIS LLP

By: _____/s/ Yan, Matthew_____
Matthew K. Yan
Attorney for Defendants
Chief Allwyn Brown and Det. Tim Guard

McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
3480 BUSKIRK AVENUE, SUITE 250, PLEASANT HILL, CA 94523
TELEPHONE: (925) 939-5330

# **ORDER**

PURSUANT TO THE DEFENDANTS' STIPULATION, IT IS HEREBY ORDERED AS FOLLOWS:

The Further Case Management Conference set for August 29, 2017 is hereby continued to __11/7__, 2017 at 1:30 p.m. The parties are to file the Further Case Management Conference statement no later than one week prior to this conference, one by Plaintiff and a joint statement by Defendants.

**IT IS SO ORDERED**

Dated: __8/11__, 2017

By: ___*Kandis Westmore*___
HON. KANDIS A. WESTMORE
U.S. MAGISTRATE JUDGE